```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MIRIAM ADELMAN,
      Plaintiff,


      v.                                    CIVIL ACTION NO.
                                             12-11051-MBB


AMERICAN HONDA MOTOR
CO., INC.,
      Defendant.
```

# FINAL JUDGMENT

### December 11, 2013

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Miriam Adelman take nothing, that this action be dismissed on the merits, and that defendant American Honda Motor Co., Inc. recover of plaintiff its costs under Fed.R.Civ.P. 54(d)(1).

                                    /s/ Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge